IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 14-cv-01596-LTB-MEH

TRINIA BERNAL,

    Plaintiff,

v.

MAXIMUM AUTO SEARCH CORPORATION, a Colorado corporation; and
WESTERN SURETY COMPANY, a South Dakota company,

    Defendants.

___

ORDER
___

On June 30, 2014, Defendants filed their Motion to Dismiss Plaintiff's Complaint [Doc #9]. On July 17, 2014, Plaintiff filed her Amended Complaint [Doc #13]. As a result of this amended pleading, Defendants' Motion to Dismiss [Doc #9] is hereby DENIED AS MOOT.

Dated: September   26  , 2014 in Denver, Colorado.

                                                BY THE COURT:

                                                  s/Lewis T. Babcock
                                                LEWIS T. BABCOCK, JUDGE