IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-01596-LTB-CBS | Date: November 17, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

TRINIA BERNAL, *et al.*,  Richard Wynkoop

Plaintiff,

v.

MAXIMUN AUTO SEARCH  Marc Tull
CORPORATION, *et al.*,

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 02:17 p.m.**
Court calls case. Appearances of counsel.

This hearing comes before the Court in regards to Plaintiff's MOTION [22] to File Second Amended Complaint and Jury Demand and Plaintiff's MOTION [25] to Compel Responses to Discovery.

**ORDERED:** Plaintiff's MOTION [22] to File Second Amended Complaint and Jury Demand is **GRANTED**.

Plaintiff's MOTION [25] to Compel Responses to Discovery is **GRANTED.**

By 12:00 p.m. on November 21, 2014, the Defendants are required to do the following:
1.) Answer interrogatory #4 to the extent that it is written. Identify how many times they have retained all or a portion of a down payment when financing was not obtained and produce documents reflecting such during April 1, 2012 through April 1, 2014.
2.) Identify how many times a person was charged or paid any per diem and/or mileage charges and produce documents reflecting such.

    3.) Provide answers to interrogatories #4 & #5 consistent with the comments from the bench.

    All documents may be redacted to ensure privacy as stated on the record.

    The Court finds the objections raised were improper, incomplete, and evasive and therefore are deemed WAIVED.

HEARING CONCLUDED.

**Court in recess: 02:56 p.m.**
Total time in court: 00:39

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.