**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   14-cv-01596-LTB-CBS

TRINIA BERNAL,

    Plaintiff,

v.

MAXIMUM AUTO SEARCH CORPORATION, a Colorado corporation, and
WESTERN SURETY COMPANY, a South Dakota company,

    Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


    Defendants' Unopposed Motion to Withdraw Motion to Dismiss (Doc 47 - filed December 22, 2014) is **GRANTED**.  The Motion to Dismiss (Doc 43 - filed December 5, 2014) is **WITHDRAWN**.


Dated:   December 23, 2014
_____