IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 14-cv-01596-LTB-CBS

TRINIA BERNAL,

    Plaintiff,

v.

MAXIMUM AUTO SEARCH CORPORATION, a Colorado corporation; and
WESTERN SURETY COMPANY, a South Dakota company,

    Defendants.

___

ORDER
___

    Upon Plaintiff's Motion to File Sur-Response to Defendants' Motion for Summary Judgment (Doc 78 - filed July 17, 2015), it is

    ORDERED that the Motion is DENIED and the tendered Sur-Response is not accepted for filing.

                          BY THE COURT:

                            s/Lewis T. Babcock
                          LEWIS T. BABCOCK, JUDGE

DATED:  July 20, 2015