IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 14-cv-01596-LTB-CBS

TRINIA BERNAL,

    Plaintiff,

v.

MAXIMUM AUTO SEARCH CORPORATION, a Colorado corporation, and
WESTERN SURETY COMPANY, a South Dakota company,

    Defendants.

___

## ORDER
___

Following the failure to appear at the trial preparation conference scheduled for September 11, 2015 by all parties, IT IS HEREBY ORDERED that

    1. A trial preparation conference is set for Friday, September 18, 2015 at 9:00 a.m. and **LEAD COUNSEL FOR THE PARTIES ARE ORDERED TO APPEAR IN PERSON;**

    2. Prior to the September 18, 2015 trial preparation conference, the parties shall file updated witness lists and updated exhibit lists reflecting any stipulations as to admissibility or, alternatively, rules of exclusion.

    3. A three-day jury trial is set to commence on Monday, October 5, 2015 at 9:00 a.m.

Dated: September  11 , 2015 in Denver, Colorado.

                                        BY THE COURT:

                                        s/Lewis T. Babcock
                                        LEWIS T. BABCOCK, JUDGE