**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   14-cv-01596-LTB-CBS

TRINIA BERNAL,

    Plaintiff,

v.

MAXIMUM AUTO SEARCH CORPORATION, a Colorado corporation, and
WESTERN SURETY COMPANY, a South Dakota company,

    Defendants.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK


    The Motion to Withdraw as Counsel for Defendants (Doc 89 - filed September 14, 2015) is **GRANTED**.  Marc B. Tull is allowed to withdraw as counsel for Defendants herein. Defendants will continue to be represented by Michael G. McKinnon.

    Marc B. Tull's Motion to be Excused from Appearing at Trial Preparation Conference (Doc 90 - filed September 14, 2015) is **GRANTED**.


Dated:   September 15, 2015
___