IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 14-cv-01596-LTB-CBS

TRINIA BERNAL,

    Plaintiff,

v.

MAXIMUM AUTO SEARCH CORPORATION, a Colorado corporation; and
WESTERN SURETY COMPANY, a South Dakota company,

    Defendants.

_____

# ORDER
_____

As further set forth on the record at the trial preparation conference held on September 18, 2015, IT IS HEREBY ORDERED that the parties shall submit proposed voir dire questions and a single set of annotated jury instructions on or before September 25, 2015.

Dated: September  18 , 2015 in Denver, Colorado.

                                            BY THE COURT:

                                             s/Lewis T. Babcock
                                            LEWIS T. BABCOCK, JUDGE